UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV - 8 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

)
Joseph Slovinec,                            )
                                            )
          Plaintiff,                        )
                                            )
              v.                            )      Civil Action No.    1C 1918
                                            )
District of Columbia Dep't of              )
Employment Services,                       )
                                            )
          Defendant.                        )
                                            )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and

application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis*

application and dismiss the case because the complaint fails to meet the minimal pleading

requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*,

656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires

complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction

[and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief."

Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355

F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair

notice of the claim being asserted so that they can prepare a responsive answer and an adequate

defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75

F.R.D. 497, 498 (D.D.C. 1977).

In what has been liberally construed as a complaint, plaintiff, a District of Columbia resident, sues a District of Columbia entity – the Department of Employment Services -- that presumably may not be sued in its own name. *See Braxton v. Nat'l Capital Hous. Auth.*, 396 A.2d 215, 216 (D.C. 1978) ("Cases in this jurisdiction have consistently found that bodies within the District of Columbia government are not suable as separate entities.") (citations omitted). In any event, plaintiff's submission, captioned "Call for mediation, emergency hearing by Nov. 3 or 4," provides no notice of a claim or the basis of this Court's jurisdiction. A separate Order of dismissal accompanies this Memorandum Opinion.

United States District Judge

Date: November 9, 2010